# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA<br>V.<br>WINFRED EARL WARE, JR. | GOVERNMENT'S<br>ADMITTED EXHIBIT LIST<br><br>Case Number: 9:18CR43-1 |
|---|---|

| PRESIDING JUDGE<br>MARCIA A. CRONE | PLAINTIFF'S ATTORNEY<br>Lauren Gaston/Michelle Englade | DEFENDANT'S ATTORNEY<br>Greg Gladden |
|---|---|---|
| TRIAL DATE (S)<br>6/17/19 to 6/28/19 | COURT REPORTER<br>Ruth Weese | COURTROOM DEPUTY<br>Julia Colyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 6A | | 6/19/19 | ✔ | ✔ | Video Recording from 11/22/2016, Part 1 |
| 6B | | 6/19/19 | ✔ | ✔ | Video Recording from 11/22/2016, Part 2 |
| 6C | | 6/19/19 | ✔ | ✔ | Video Recording from 11/22/2016, Part 3 |
| 6D | | 6/19/19 | ✔ | ✔ | Video Recording from 11/22/2016, Part 4 |
| 6E | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 11/22/2016, Part 3 |
| 7 | | 6/26/19 | ✔ | ✔ | Image of Truck and Three Individuals on 11/22/2016 |
| 8 | | 6/24/19 | ✔ | ✔ | Image of Travarious Ingram from 11/22/2016 Recording |
| 9 | | 6/24/19 | ✔ | ✔ | Image of Laryan Ingram from 11/22/2016 Recording |
| 10 | | 6/24/19 | ✔ | ✔ | Image of Tamar Tucker from 11/22/2016 Recording |
| 11 | | 6/24/19 | ✔ | ✔ | Image of Richard Lyles from 11/22/2016 Recording |
| 12 | | 6/24/19 | ✔ | ✔ | Image of T. Ingram handing money to Ware on 11/22/2016 |
| 13 | | 6/24/19 | ✔ | ✔ | Image of Ware at Rear of Truck on 11/22/2016 |
| 14 | | 6/24/19 | ✔ | ✔ | Photograph of Firearm purchased on 11/22/2016 |
| 15 | | 6/21/19 | ✔ | ✔ | Laboratory Report for Methamphetamine Purchased on 11/22/2016 |
| 16 | | 6/24/19 | ✔ | ✔ | Photograph of Methamphetamine from 11/22/2016 |
| 17A | | 6/19/19 | ✔ | ✔ | Video Recording from 1/6/2017, Part 1 |
| 17B | | 6/19/19 | ✔ | ✔ | Video Recording from 1/6/2017, Part 2 |
| 17C | | 6/19/19 | ✔ | ✔ | Video Recording from 1/6/2017, Part 3 |
| 17D | | 6/19/19 | ✔ | ✔ | Transcript of Video from 1/6/2017, Part 2 |
| 18 | | 6/28/19 | ✔ | ✔ | Photograph of Methamphetamine Purchased on 1/6/2017 |
| 19 | | 6/21/19 | ✔ | ✔ | Laboratory Report for Methamphetamine Purchased on 1/6/2017 |
| 20 | | 6/24/19 | ✔ | ✔ | Photograph of Methamphetamine from 1/6/2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 21A | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 1 |
| 21B | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 2 |
| 21C | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 3 |
| 21D | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 4 |
| 21E | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 5 |
| 21F | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 6 |
| 21G | | 6/19/19 | ✔ | ✔ | Video Recording from 1/12/17 (Initial Meeting), Part 7 |
| 21H | | 6/19/19 | ✔ | ✔ | Transcript of Video Recording – 1/12/2017 (Initial Meeting), Part 5 |
| 21I | | 6/19/19 | ✔ | ✔ | Transcript of Video Recording – 1/12/2017 (Initial Meeting), Part 6 |
| 21J | | 6/19/19 | ✔ | ✔ | Transcript of Video Recording – 1/12/2017 (Initial Meeting), Part 7 |
| 21K | | 6/19/19 | ✔ | ✔ | Transcript of Video Recording – 1/12/2017 (Initial Meeting), Part ___ |
| 21L | | 6/19/19 | ✔ | ✔ | Transcript of Video Recording – 1/12/2017 (Initial Meeting), Part ___ |
| 22 | | 6/20/19 | ✔ | ✔ | Image of T. Tucker from 1/12/2017 Recording |
| 23 | | 6/20/19 | ✔ | ✔ | Image of W. Ware from 1/12/2017 Recording |
| 24 | | 6/20/19 | ✔ | ✔ | Image of W. Ware Next to Vehicle from 1/12/2017 Recording |
| 25 | | 6/25/19 | ✔ | ✔ | Text Message Between Tucker and Talley on 1/12/2017 |
| 26A | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 1 |
| 26B | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 2 |
| 26C | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 3 |
| 26D | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 4 |
| 26E | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 5 |
| 26F | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Buy/Walk), Part 6 |
| 26G | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 1 |
| 26H | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 2 |
| 26I | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 3 |
| 26J | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 4 |
| 26K | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 5 |
| 26L | | 6/19/19 | ✔ | ✔ | Transcript of Recording from 1/12/2017 (Buy/Walk), Part 6 |
| 27A | | 6/25/19 | ✔ | ✔ | Photograph of Methamphetamine Seized on 1/12/2017 (Buy/Walk) (25.6 grams) |
| 27B | | 6/25/19 | ✔ | ✔ | Photograph of Methamphetamine Seized on 1/12/2017 (Buy/Walk) (22.4 grams) |
| 27C | | 6/25/19 | ✔ | ✔ | Metadata of Photograph of Methamphetamine Seized on 1/12/2017 (Buy/Walk) 28A |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 27D | | 6/25/19 | ✔ | ✔ | Metadata of Photograph of Methamphetamine Seized on 1/12/2017 (Buy/Walk) 28B |
| 28 | | 6/21/19 | ✔ | ✔ | Laboratory Report for Methamphetamine Purchased on 1/12/2017 |
| 29 | | 6/21/19 | ✔ | ✔ | Methamphetamine from 1/12/2017 |
| 30A | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Acquisition of Shorted Methamphetamine) Part 1 |
| 30B | | 6/19/19 | ✔ | ✔ | Recording from 1/12/2017 (Acquisition of Shorted Methamphetamine) Part 2 |
| 30C | | 6/19/19 | ✔ | ✔ | Transcript of Recordings from 1/12/2017 (Acquisition of Shorted Methamphetamine), Part 1 |
| 30D | | 6/19/19 | ✔ | ✔ | Transcript of Recordings from 1/12/2017 (Acquisition of Shorted Methamphetamine), Part 2 |
| 31A | | 6/25/19 | ✔ | ✔ | Photograph of Shorted Amount of Methamphetamine from 1/12/2017 |
| 31B | | 6/25/19 | ✔ | ✔ | Metadata of Photograph of Shorted Amount of Methamphetamine from 1/12/2017 |
| 36 | | 6/25/19 | ✔ | ✔ | Photograph of Winfred Ware's Business Card |
| 37 | | 6/24/19 | ✔ | ✔ | Verizon Business Records for Phone Number (903) 690-5072 (T. Tucker) |
| 38 | | 6/24/19 | ✔ | ✔ | Verizon Business Records for Phone Number (903) 216-1354 (W. Ware) |
| 39 | | 6/24/19 | ✔ | ✔ | Summary of Document of Communications from 1/6/2017 |
| 40 | | 6/24/19 | ✔ | ✔ | Summary of Document of Communications from 1/12/2017 |
| 41 | | 6/24/19 | ✔ | ✔ | Email to Judy Bao (Part 1) |
| 42 | | 6/24/19 | ✔ | ✔ | Email to Judy Bao (Part 2) |
| 43 | | 6/24/19 | ✔ | ✔ | Copy of Defendant's Exhibit No. 2 (as submitted to Judy Bao for Cause Number 9:17CR41) |
| 44 | | 6/25/19 | ✔ | ✔ | 2703(d) Facebook Records for lydell.talley.7 with Business Records Affidavit |
| 45 | | 6/25/19 | ✔ | ✔ | 2703(d) Facebook Records for winfred.ware with Business Records Affidavit |
| 46 | | 6/25/19 | ✔ | ✔ | Search Warrant Facebook Records for lydell.talley.7 with Business Records Affidavit |
| 47 | | 6/25/19 | ✔ | ✔ | Search Warrant Facebook Records for winfred.ware with Business Records Affidavit |
| 48 | | 6/25/19 | ✔ | ✔ | Records Affidavit from Facebook Search Warrant Return |
| 49A | | 6/25/19 | ✔ | ✔ | AT&T U-verse Records with Business Affidavit |
| 49B | | 6/25/19 | ✔ | ✔ | AT&T U-verse Records with Business Records Affidavit (IP Address 4782) |
| 52 | | 6/25/19 | ✔ | ✔ | TextNow Records for (405) 445-1471 with Business Records Affidavit |
| 53 | | 6/26/19 | ✔ | ✔ | Internet Evidence Finder Report for HP Laptop Computer |
| 54 | | 6/26/19 | ✔ | ✔ | Spreadsheet Created by Det. Scott Morris, RCFL |
| 55A | | 6/26/19 | ✔ | ✔ | Photograph of HP Laptop Computer Showing Evidence Sticker |
| 55B | | 6/26/19 | ✔ | ✔ | Photograph of HP Laptop Computer Showing Evidence Sticker (close up) |
| 55C | | 6/26/19 | ✔ | ✔ | Photograph of HP Laptop Computer Showing Identifying Numbers |
| 56A | | 6/25/19 | ✔ | ✔ | Excerpt from Verizon Records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 56B | | 6/25/19 | ✔ | ✔ | Verizon Records for (903) 754-9117 with Business Records Affidavit |
| 57 | | 6/26/19 | ✔ | ✔ | CAST Report prepared by Mark Sedwick |
| 60 | | 6/29/19 | ✔ | ✔ | AT & T Digital Records |
| 60A | | 6/29/19 | ✔ | ✔ | AT & T Phone Records |
| 60B | | 6/29/19 | ✔ | ✔ | Cell Site Locations for Talley |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.