| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 9:18-CR-43 |
| | § | |
| WINFRED EARL WARE, JR. | § | |

## ORDER

Pending before the court is Defendant Winfred Earl Ware, Jr.'s ("Ware") *pro se* Motion to Produce All Audio Recordings and Transcripts of Minute Entry Proceedings - Telephone Conference and Jury Trial Hearings held before District Judge Marcia A. Crone and Magistrate Judge Keith F. Giblin (#158), wherein Ware requests that the court order the Government to produce numerous court records and transcripts. Ware is not entitled to receive the requested records from the Government. Ware may obtain copies of publicly accessible court records through his attorney or by requesting copies from the Clerk's Office at his own expense. Audio recordings and transcripts are not available for every interaction between counsel and the court. If a transcript can be prepared, Ware may submit a transcript request and pay the applicable fee to order a transcript. Also pending before the court is Ware's *pro se* Motion to Correct the Record for Direct Appeal (#159) in which Ware asserts that the court should correct alleged errors on the docket report. Because this case is not yet ripe for appeal, Ware's complaints about the record are premature. Ware is advised to raise such requests through counsel in the future.

For the foregoing reasons, Ware's *pro se* motions (#s 158, 159) are DENIED.

SIGNED at Beaumont, Texas, this 22nd day of November, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE