# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 9:18-CR-43** |
| | § | **JUDGE CRONE** |
| **WINFRED EARL WARE** | § | |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

WINFRED E. WARE, defendant, files this notice of appeal to the 5th Circuit Court of Appeals of the conviction in Criminal No. 9:18-CR-43. Defendant moves the Court to proceed in forma pauperis with his appeal and asks the Court for appointment of a different attorney to represent him on appeal.

Defendant gives Notice of Appeal of the Judgment and Sentence entered on or about November 26, 2019. This Appeal is taken from the United States District Court Eastern District of Texas Lufkin Division, the Honorable Judge Marcia A. Crone presiding. Criminal No. 9:18-CR-43.

Respectfully submitted,

/s/ Greg Gladden
GREG GLADDEN
Law Office of Greg Gladden
3017 Houston Avenue
Houston, Texas 77009
Phone: 713.880.0333
Fax: 713.880.4018
State Bar No. 07991300

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF and via email to Lauren Gaston at lauren.gaston@usdoj.gov

LAUREN GASTON
EASTERN DISTRICT OF TEXAS
Assistant United States Attorney
Office of U S Attorney
415 S. First St.,
Suite 201
Lufkin, Texas
75901

/s/ Greg Gladden
Greg Gladden